FILED '07 FEB 21 12:55 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUPERIOR LEASING, LLC, et al., )
                               )    Civ. No. 04-3099-CO
          Plaintiff,           )
                               )
     v.                        )
                               )
KAMAN AEROSPACE CORP.,         )    **ORDER**
                               )
          Defendant.           )
_____)

**PANNER, District Judge:**

Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

I have, therefore, given this matter de novo review.  I find

1 - ORDER

no error.  Accordingly, I ADOPT the Findings and Recommendation of
Magistrate Judge Cooney.

### CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#97)
is adopted.  Defendant's motion for summary judgment (#12) is
denied, and plaintiffs' cross-motion for summary judgment (#22) is
granted in part and denied in part as stated in the Findings and
Recommendation.

IT IS SO ORDERED.

DATED this 21 day of February, 2007.

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 – ORDER